**Exhibit A**
**Statement of Claim**
**Plaintiff Jasming Ordonez**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Applicable Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 1/2/25 - 6/5/25 | 22.14 | 52 | $ 840.00 | $ 16.15 | $ 24.23 | $ 2,146.15 | $ 2,146.15 |
|  |  |  |  |  |  | $ 2,146.15 | $ 2,146.15 |

Total Unpaid Overtime Wages[1] = $ 2,146.15
Total Liquidated Damages[1] = $ 2,146.15
Total[1] = $ 4,292.31

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.